**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GEOMATRIX, LLC,

    Plaintiff,

v.

NSF INTERNATIONAL,
BIOMICROBICS, INC.,
HOOT SYSTEMS, LLC,
JAMES BELL, and
RONALD SUCHECKI,

    Defendants.

Case No. 3:20-cv-13331
District Judge Robert H. Cleland
Magistrate Judge R. Steven Whalen

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel give notice that its claims against Ronald Suchecki are voluntarily dismissed without prejudice.

Respectfully submitted,

**THE MILLER LAW FIRM, P.C.**

By: */s/ Kevin F. O'Shea*
E. Powell Miller (P39487)
Kevin F. O'Shea (P40586)
950 W. University Drive, Suite 300
Rochester, MI  48307
Telephone: (248) 841-2200
epm@millerlawpc.com

kfo@millerlawpc.com

Dated: March 1, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021, I electronically filed the foregoing papers using the ECF system which will send electronic notices of same to all counsel of record.

                                        Respectfully submitted,

                                        By:  */s/ Kevin F. O'Shea*
                                        Kevin F. O'Shea (P40586)
                                        950 W. University Drive, Suite 300
                                        Rochester, MI  48307
                                        Telephone: (248) 841-2200
                                        E-mail:  kfo@millerlawpc.com