# EXHIBIT 1



*NSF International Standard /
American National Standard*

# NSF/ANSI 40 - 2019

Residential Wastewater Treatment Systems






**Contents**

1   General ........................................................................................................................... 1
    1.1   Purpose .................................................................................................................. 1
    1.2   Scope ..................................................................................................................... 1
    1.3   Alternate materials, design, and construction ......................................................... 1
    1.4   Performance classification ...................................................................................... 1

2   Normative references ..................................................................................................... 2

3   Definitions ....................................................................................................................... 2

4   Materials .......................................................................................................................... 3
    4.1   Interior surfaces ...................................................................................................... 3
    4.2   Exterior surfaces .................................................................................................... 3
    4.3   Welding .................................................................................................................. 3
    4.4   Dissimilar metals .................................................................................................... 4

5   Design and construction ................................................................................................. 4
    5.1   Exposed surfaces .................................................................................................. 4
    5.2   Structural integrity .................................................................................................. 4
    5.3   Infiltration and exfiltration resistance ..................................................................... 4
    5.4   Noise ...................................................................................................................... 4
    5.5   Mechanical components ........................................................................................ 4
    5.6   Electrical components ........................................................................................... 5
    5.7   Access ports .......................................................................................................... 5
    5.8   Failure sensing and signaling equipment .............................................................. 5
    5.9   Flow design ............................................................................................................ 6
    5.10  Dataplate and service label ................................................................................... 6
    5.11  Alternate air delivery components ......................................................................... 7

6   Product literature ............................................................................................................ 7
    6.1   Owner's manual ..................................................................................................... 7
    6.2   Additional product literature .................................................................................. 8

7   Other documentation ...................................................................................................... 9

8   Performance testing and evaluation ............................................................................... 9
    8.1   Preparations for testing and evaluation ................................................................. 9
    8.2   Testing and evaluation conditions, hydraulic loading, and schedules ................. 10
    8.3   Sample collection ................................................................................................ 12
    8.4   Analytical descriptions ......................................................................................... 13
    8.5   Criteria ................................................................................................................. 13

9   Final report .................................................................................................................... 16

Informative Annex 1   Limited warranty and service obligations .......................................... 17
    I-1.1   Limited warranty ................................................................................................. 17
    I-1.2   Service-related obligations ................................................................................. 17

Informative Annex 2   Key elements of a certification program for residential wastewater
                           treatment systems .................................................................................... 19
    I-2.1   Marking the product ........................................................................................... 19
    I-2.2   Listing certified companies ................................................................................. 19
    I-2.3   Annual audits ...................................................................................................... 19
    I-2.4   Testing ................................................................................................................ 19
    I-2.5   Corrective action ................................................................................................. 19

I-2.6 Enforcement ............................................................................................................. 20
I-2.7 Administrative review .............................................................................................. 20
I-2.8 Appeals ...................................................................................................................... 20
I-2.9 Complaints ................................................................................................................ 20
I-2.10 Advertising ................................................................................................................ 20
I-2.11 Records ...................................................................................................................... 20
I-2.12 Public notice ............................................................................................................. 20
I-2.13 Confidentiality .......................................................................................................... 21

Interpretation Annex ................................................................................................................... 23

© 2019 NSF                                                                                         NSF/ANSI 40 – 2019

# NSF/ANSI Standard for Wastewater Treatment Systems –

# Residential Wastewater Treatment Systems

## 1  General

### 1.1  Purpose

The purpose of this Standard is to establish minimum materials, design and construction, and performance requirements for residential wastewater treatment systems. This Standard also specifies the minimum literature that manufacturers shall supply to authorized representatives and owners, as well as the minimum service-related obligations that manufacturers shall extend to owners.

### 1.2  Scope

This Standard contains minimum requirements for residential wastewater treatment systems having rated treatment capacities between 1,514 L per day (400 gal per day) and 5,678 L per day (1,500 gal per day). Management methods for the treated effluent discharged from residential wastewater treatment systems are not addressed by this Standard.

System components covered under other NSF or NSF/ANSI standards or criteria shall also comply with the requirements therein. This Standard shall in no way restrict new system designs, provided such designs meet the minimum specifications described herein.

### 1.3  Alternate materials, design, and construction

While specific materials, designs, and constructions may be stipulated in this Standard, systems that incorporate alternate materials, designs, or constructions may be acceptable when it is verified that such systems meet the applicable requirements.

### 1.4  Performance classification

For the purpose of this Standard, systems are classified according to the chemical, biological, and physical characteristics of their effluents, as determined by the performance testing and evaluations described herein.

All systems within a manufacturer's model series may be classified according to the performance testing and evaluation of the system with the smallest hydraulic capacity within the series. Performance testing and evaluation of larger systems within the series (having hydraulic treatment capacities within the scope of this Standard) may not be necessary provided that the dimensions, hydraulics, mixing and filtering capabilities, and other applicable design characteristics are proportionately equivalent to the evaluated system.