# EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEOMATRIX, LLC,

    Plaintiff,

v.

NSF INTERNATIONAL,
BIOMICROBICS, INC.,
HOOT SYSTEMS, LLC,
JAMES BELL, and
RONALD SUCHECKI,

    Defendants.

Case No. 20-13331
District Judge Robert Cleland
Magistrate Judge R. Steven Whalen

## DECLARATION OF THERESA BELLISH

Pursuant to 28 U.S.C. § 1746, I, Theresa Bellish, make the following statements based on personal knowledge, information and belief:

1. I am over eighteen years of age, have personal knowledge of the facts set forth herein, and am competent to testify to the same.

2. I am currently the Senior Global Managing Director, Commercial Water Systems, for NSF International. I have been with NSF International since 2000, holding various positions in the water division of NSF International, including with respect to certification services for onsite wastewater treatment systems.

3. I am familiar with Geomatrix, LLC. Geomatrix is a former certification customer of NSF International for NSF/ANSI Standard 40, which is a residential onsite wastewater treatment system standard.

4.   For a number of years, Geomatrix had certain of its wastewater treatment systems certified by NSF to NSF/ANSI Standard 40.

5.   In 2018, Geomatrix *voluntarily* withdrew all its products from NSF/ANSI Standard 40 certification, explaining in an email to NSF that the reason for withdrawal was "due to the uncertainty surrounding which, if any, states will allow use of certified open bottom technologies." See Exhibit A, Feb. 2, 2018 Email, Geomatrix to NSF.

6.   No products of Geomatrix are currently NSF certified.

I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge, information, and belief.

Executed on: March 8, 2021

Theresa Bellish

2

# **Exhibit A**

| | |
|---|---|
| From: | Jason Henderson <JHenderson@geomatrixllc.com> |
| Sent: | Friday, February 02, 2018 1:44 PM |
| To: | Steiner, Sharon |
| Cc: | Bellish, Theresa; David Potts |
| Subject: | Geomatrix Certification |

Sharon:

As previously expressed by David Potts, it was our understanding the Geomatrix could remain a "certified" system without selling any certified systems or being charged the annual certfication fee. This specific arrangement was discussed and agreed to prior to entering into the Standard 40 testing agreement with NSF. However, based on recent conversations, we now understand that NSF has decided to change its mind and is taking a new position. We have spent a considerable amount of time over the past weeks attempting to determine which states will accept NSF Standard 40 Certification for open bottom systems but have been unable to make a satisfactory determination. Accordingly, due to the uncertainty surrounding which, if any, states will allow use of certified open bottom technologies, we simply don't know if continued certification will be useful. ==Accordingly, at this time, Geomatrix does not intend to continue its active certification with NSF.== If this position changes in the future, we will pay the relisting fee of $1100 described in your email dated January 23, 2018; please confirm that this is correct.

Thank you,

Jason Henderson
Geomatrix, LLC

Jason Henderson
Geomatrix, LLC
860-794-1767
www.geomatrixsystems.com
www.soilair.com

* * * * * * * * * * * * *

This e-mail is intended solely for the intended recipient or recipients. If this e-mail is addressed to you in error or you otherwise receive this e-mail in error, please advise the sender, do not read, print, forward or save this e-mail, and promptly delete and destroy all copies of this e-mail.
This email may contain information that is confidential, proprietary or secret and should be treated as confidential by all recipients. This e-mail may also be a confidential attorney-client communication, contain attorney work product, or otherwise be privileged and exempt from disclosure. If there is a confidentiality or non-disclosure agreement or protective order covering any information contained in this e-mail, such information shall be treated as confidential and subject to restriction on disclosure and use in accordance with such agreement or order, and this notice shall constitute identification, labeling or marking of such information as confidential, proprietary or secret in accordance with such agreement or order.
The term 'this e-mail' includes any and all attachments.
* * * * * * * * * * * * *