UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Geomatrix, LLC,

                            Plaintiff(s),

v.                                                Case No. 3:20−cv−13331−RHC−RSW
                                                        Hon. Robert H. Cleland

NSF International, et al.,

                            Defendant(s),
_____/

**NOTICE OF MOTION HEARING BY VIDEO CONFERENCE**

    PLEASE TAKE NOTICE that a video conference has been scheduled before Judge District Judge Robert H. Cleland for the following motion(s):

        Motion to Dismiss − #18

- MOTION HEARING:  April 28, 2021 at 02:00 PM

    The Court will host the conference.  The conference information is listed below.

    ***ZOOM WEBINAR:***  ZOOM INFORMATION TO BE SENT AT A LATER
                                       TIME

    Attorneys must review and comply with the attached Zoom Video Conference Policies and Guidelines.

    The public may request access to in−court proceedings by visiting the Court's website: http://www.mied.uscourts.gov

                                                                     By: s/L. Wagner_____
                                                                       Case Manager

Dated:  March 17, 2021

## ZOOM VIDEO CONFERENCE POLICIES AND GUIDELINES

### *General Court Policies:*

- All in-court proceedings will be considered the same as if held in the courtroom and an official record will be made. Appropriate attire is required.
- The judge has authority over the proceeding and participants as if they were physically present in chambers or the courtroom.
- The judge may terminate the proceeding if the video conference experience is not acceptable.
- Appropriate conduct is required. Be courteous and patient.
- For in-chambers conferences, an official record will not be made, unless the judge determines one is necessary. Connection information may not be forwarded, distributed or shared with non-parties without the Court's advance approval.
- Broadcasting, recording or photographing, including "screenshots" or other visual copying of a proceeding, is strictly prohibited.

### *Technical Responsibilities:*

- The court will not provide technical assistance for testing or troubleshooting equipment or connections, nor provide time during the proceeding to troubleshoot issues.
- Participants should take time prior to the proceeding to become familiar with Zoom. Directions, tutorials and support can be found at https://zoom.us. Devices and connections can be tested at https://zoom.us/test.
- Participants should use a good LAN, WiFi, or substantial LTE connection to ensure a quality connection.

### *Connecting to the Proceeding:*

- If a connection link has been provided, click the link to join (or copy and paste the link into a web browser). If prompted, download or launch Zoom and join with video and audio.
- Alternatively, visit https://zoom.us/join from a computer and enter the Meeting or Webinar ID. If prompted, download or launch Zoom and join with video and audio.
- For Apple/Android tablets and phones, install the Zoom App from the Apple or Android Store prior to the proceeding. Launch the Zoom App and join using the Meeting or Webinar ID.

### *Best Practices:*

- Use your full name in the display of the video window.
- Mute sound when not speaking to eliminate background noise.
- Unmute only when necessary to speak. Press the space bar to temporarily unmute.
- Avoid rustling papers and other extraneous noises.
- Speak one at a time.
- Spell proper names.
- Position the camera at eye level or slightly above eye level.
- Remember to look directly at the camera, not at the screen.
- Be mindful of what is behind you. Choose a solid neutral wall, if possible.
- Have proper lighting, ideally where light is directly on your face.