UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEOMATRIX, LLC,

    Plaintiff,

v.

NSF INTERNATIONAL,
BIOMICROBICS, INC.,
HOOT SYSTEMS, LLC,
and JAMES BELL,

    Defendants.

Case No. 3:20-cv-13331

District Judge Robert H. Cleland
Magistrate Judge R. Steven Whalen

**STIPULATED ORDER EXTENDING TIME
FOR PARTIES TO FILE RESPONSIVE PAPERS**

Defendant, NSF International, filed a Motion to Dismiss the Complaint of Plaintiff, Geomatrix LLC, on March 10, 2021, on the same date Defendant, Hoot Systems LLC, filed a concurrence and joinder in that motion (including a request for dismissal on additional grounds), and Defendants, Biomicrobics, Inc. and James Bell, filed concurrences and joinders in these motions ("Defendants' Motions"). The parties stipulate and agree that Plaintiff shall have up to and including May 10, 2021 to file a response to Defendants' Motions and concurrences/joinders and, in addition, to file as a matter of course under Fed. R. Civ. P. 15(a)(1)(B) an Amended Complaint. The parties further stipulate that Defendants shall have up to and including June 24, 2021 to file replies in support of their Motions and

1

concurrences/joinders. In the event Plaintiff also files as a matter of course under Fed. R. Civ. P. 15(a)(1)(B) an Amended Complaint, the parties stipulate that Defendants shall have up to and including July 9, 2021 to file responses to the Amended Complaint.

In the interests of conserving party resources and judicial economy, the parties further agree that all other matters, discovery, and scheduling shall await a ruling on the pending motions (or additional new motions to dismiss in response to an Amended Complaint).

Accordingly, upon the stipulation of the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff shall have up to and including May 10, 2021 to file a response to Defendants' Motions and concurrences/joinders and, in addition, to file as a matter of course under Fed. R. Civ. P. 15(a)(1)(B) an Amended Complaint.

IT IS FURTHER ORDERED THAT Defendants shall have up to and including June 24, 2021 to file replies in support of their Motions and concurrences/joinders. In the event Plaintiff also files an Amended Complaint as a matter of course under Fed. R. Civ. P. 15(a)(1)(B), Defendants shall have up to and including July 9, 2021 to file responses to the Amended Complaint.

IT IS FURTHER ORDERED THAT all other matters, discovery, and scheduling shall await a ruling on the pending motions (or additional new motions to dismiss in response to an Amended Complaint).

**IT IS SO ORDERED.**

<u>s/ Robert H. Cleland</u>
Robert Cleland
United States District Judge

Dated:

Stipulated and agreed to by:

**THE MILLER LAW FIRM, P.C.**
By:  <u>/s/ *Kevin F. O'Shea*  </u>
E. Powell Miller (P39487)
Kevin F. O'Shea (P40586)
950 W. University Drive, Suite 300
Rochester, MI  48307
 (248) 841-2200
epm@millerlawpc.com
kfo@millerlawpc.com
*Attorneys for Plaintiff, Geomatrix LLC*

**HOWARD & HOWARD ATTORNEYS PLLC**
By: <u>/s/Patrick M. McCarthy</u>
 Jon R. Steiger (P35505)
Patrick M. McCarthy (P49100)
Jonathan F. Karmo (P76768)
450 West Fourth Street
Royal Oak, MI 48067-2557
(248) 645-1483
pmm@h2law.com |
jrs@h2law.com |
jfk@h2law.com
*Attorneys for Defendant, NSF International*

**KERR, RUSSELL AND WEBER, PLC**
By: /s/Fred K. Herrmann
Fred K. Herrmann (P49519)
Matthew L. Powell  (P69186)
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
fherrmann@kerr-russell.com
mpowell@kerr-russell.com
*Attorneys for Defendant, Hoot Systems, LLC*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
By: /s/Jennifer A. Morante
John T. Eads, III (P43815)
Jennifer A. Morante (P64892)
17197 N. Laurel Park Drive, Suite 201
Livonia, MI 48152
(313) 327-3100
john.eads@wilsonelser.com
jennifer.morante@wilsonelser.com
*Attorneys for Defendants,*
*BioMicrobics, Inc. & James Bell*