UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEOMATRIX, LLC,

    Plaintiff,

v.

NSF INTERNATIONAL,
BIOMICROBICS, INC.,
HOOT SYSTEMS, LLC,
and JAMES BELL,

    Defendants.

Case No. 20-13331
District Judge Robert Cleland
Magistrate Judge R. Steven Whalen

# ORDER GRANTING
# NSF INTERNATIONAL'S UNOPPOSED *EX PARTE*
# MOTION FOR LEAVE TO FILE A BRIEF IN SUPPORT OF
# ITS FORTHCOMING MOTION TO DISMISS
# IN EXCESS OF THE TWENTY-FIVE PAGE LIMIT

This matter is before the Court on NSF International's Unopposed *Ex Parte* Motion for Leave to File a Brief in Support of its Forthcoming Motion to Dismiss in Excess of the Twenty-Five Page Limit. The Court finds good cause exists to grant the motion. Therefore,

IT IS HEREBY ORDERED that NSF International is permitted an additional fifteen (15) pages of briefing for its forthcoming brief in support of its motion to dismiss (i.e. 40 total pages).

Dated: July 7, 2021
          s/Robert H. Cleland
          UNITED STATES DISTRICT JUDGE