UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Geomatrix, LLC,

                Plaintiff(s),

v.                                       Case No. 3:20-cv-13331-RHC-RSW
                                               Hon. Robert H. Cleland

NSF International, et al.,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Robert H. Cleland at the United States District Court, Federal Building, 526 Water Street, Port Huron, Michigan. The following motion(s) are scheduled for hearing:

    Motion to Dismiss – #30

- MOTION HEARING: September 22, 2021 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: s/L. Wagner
                                                            Case Manager

Dated: July 20, 2021