UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEOMATRIX, LLC,

    Plaintiff,

v.

NSF INTERNATIONAL,
BIOMICROBICS, INC.,
HOOT SYSTEMS, LLC,
and JAMES BELL,

    Defendants.

Case No. 20-13331
District Judge Robert Cleland
Magistrate Judge R. Steven Whalen

**STIPULATION AND ORDER FOR COMBINED 15-PAGE REPLY
IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**

Defendants have separately moved for dismissal of Plaintiff's amended complaint. *See* ECF Nos. 30, 31, and 32.

Plaintiff separately responded to the motions. *See* ECF Nos. 35, 36, and 38.

Defendants' respective reply briefs are due on Friday, October 22, 2021.

Rather than filing three separate reply briefs in support of each of the respective pending motions to dismiss, the parties stipulate and agree that Defendants shall file a single combined 15-page reply brief for all three motions. The 15-page reply brief is 6 pages less than the total 21 pages Defendants would collectively have if each Defendant separately filed a reply brief.

THEREFORE, based upon the stipulation of the parties,

IT IS HEREBY ORDERED that Defendants shall be permitted to file a combined 15-page reply brief in support of the pending motions to dismiss.

Dated: October 21, 2021         s/Robert H. Cleland
                                UNITED STATES DISTRICT JUDGE

Stipulated and agreed:

| **HOWARD & HOWARD ATTORNEYS PLLC** | **KERR, RUSSELL AND WEBER, PLC** |
|---|---|
| By: /s/ Patrick M. McCarthy<br>Jon R. Steiger (P35505)<br>Patrick M. McCarthy (P49100)<br>Jonathan F. Karmo (P76768)<br>Attorneys for Defendant NSF International<br>450 West Fourth Street \| Royal Oak, MI 48067 \| 248-645-1483<br>pmm@h2law.com\| jrs@h2law.com\|<br>jfk@h2law.com | By: /s/ *Fred K. Herrmann*<br>Fred K. Herrmann (P49519)<br>Matthew L. Powell (P69186)<br>Attorneys for Hoot Systems<br>500 Woodward Avenue, Suite 2500<br>Detroit, MI 48226-3427<br>(313) 961-0200; Fax (313) 961-0388<br>fherrmann@kerr-russell.com<br>mpowell@kerr-russell.com |
| **WILSON ELSER MOSKOWITZ EDELMAN& DICKER LLP** | **THE MILLER LAW FIRM, P.C.** |
| By: /s/ *Jennifer A. Morante*<br>Jennifer A. Morante (P64892)<br>Attorneys for BioMicrobics and James Bell<br>17197 N. Laurel Park Drive, Ste. 201<br>Livonia, MI 48152<br>313.327.3100 \| 313.327.3101 (f)<br>Jennifer.morante@wilsonelser.com | By: /s/ Kevin O'Shea (w/ permission)<br>E. Powell Miller (P39487)<br>Kevin F. O'Shea (P40586)<br>Attorneys for Plaintiff<br>950 W. University Dr., Suite 300<br>Rochester, Michigan 48307<br>248 841-2200<br>epm@millerlawpc.com<br>kfo@millerlawpc.com |

Dated: October 20, 2021