UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Geomatrix, LLC,

                        Plaintiff(s),

v.                                               Case No. 3:20−cv−13331−RHC−RSW
                                                      Hon. Robert H. Cleland

NSF International, et al.,

                        Defendant(s).

**JUDGMENT FOR DEFENDANT(S)**
Decision by Court

    This action came to trial or hearing before the Court. The issues have been duly tried or heard and a decision has been rendered.

    The Court has ordered that Plaintiff(s) recover nothing, the action be dismissed on the merits, and the Defendant(s) recover costs from Plaintiff(s).

                                                KINIKIA D. ESSIX, CLERK OF COURT

                                                By: s/ L. Wagner
                                                     Deputy Clerk

Dated:   September 21, 2022

Approved as to form:

s/