UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEOMATRIX, LLC,

    Plaintiff,

v.

NSF INTERNATIONAL,
BIOMICROBICS, INC.,
HOOT SYSTEMS, LLC,
and JAMES BELL,

    Defendants.

Case No. 20-13331

Hon. Robert Cleland

Magistrate Judge Steven R. Whalen

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Geomatrix, LLC appeals to the United States Court of Appeals for the Sixth Circuit from the judgment entered September 21, 2022 (Dkt. #46) and from the Opinion and Order Granting Defendants' Motions to Dismiss (Dkt. #45) entered September 21, 2022. The Court of Appeals has jurisdiction over this appeal under Fed. R. App. P. 3(a)(1). This appeal is timely because it was taken within 30 days after entry of the judgment order appealed from as required by Fed. R. App. P. 4(a)(1)(a).

                                        Respectfully submitted,

                                        **THE MILLER LAW FIRM, P.C.**

                                        */s/ Kevin F. O'Shea*
                                        E. Powell Miller (P39487)
                                        Kevin F. O'Shea (P40586)
                                        Devon P. Allard (P71712)
                                        950 West University Drive
                                        Rochester, MI 48307
                                        (248) 841-2200
                                        epm@millerlawpc.com
                                        kfo@millerlawpc.com
                                        dpa@millerlawpc.com

                                        *Attorneys for Plaintiff*

Dated: October 18, 2022

## **CERTIFICATE OF SERVICE**

I certify that on October 18, 2022, I caused the foregoing document to be filed with the Clerk of the Court via the Court's electronic filing system, which will cause notice of same to be sent to all counsel of record.

By: /s/ Kevin F. O'Shea