Case No. 22-1947

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

GEOMATRIX, LLC

    Plaintiff - Appellant

v.

NSF INTERNATIONAL; BIOMICROBICS, INCORPORATED; HOOT SYSTEMS, LLC; JAMES BELL

    Defendants - Appellees

RONALD SUCHECKI

    Defendant

Upon consideration of the appellant's motion to permit two attorneys to present oral argument during oral argument scheduled on July 26, 2023,

It is **ORDERED** that the motion be, and it hereby is **GRANTED.**

                         **ENTERED BY ORDER OF THE COURT**
                         Deborah S. Hunt, Clerk

Issued: June 29, 2023

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 06/29/2023.

**Case Name:** Geomatrix, LLC v. NSF Intl, et al
**Case Number:** 22-1947

**Docket Text:**
ORDER filed granting appellant's motion to allow two attorneys to present argument during oral argument scheduled on July 26, 2023 [7015615-2] filed by Mr. Devon Paul Allard. Entered by order of the court.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

**A copy of this notice will be issued to:**

Mr. Devon Paul Allard
Mr. William Stewart Cook
Ms. Kinikia D. Essix
Mr. Fred K. Herrmann
Mr. Matthew Justin High
Mr. Jonathan F. Karmo
Mr. Patrick Michael McCarthy
Mr. E. Powell Miller
Mr. Kevin F. O'Shea
Mr. Matthew Powell
Mr. Daniel L. Ravitz